IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 18-CR-30032-SMY |
| ANTOINE DARNELL JOHNSON, JR. | ) ) ) |
| Defendant. | ) |

## STIPULATION OF FACTS

Comes now Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and James G. Piper, Jr., Assistant United States Attorney for said District, and herewith enters into the following Stipulation of Facts with the Defendant:

1. On August 20, 2015, the Defendant was convicted in Case No. 15CF216 in St. Clair County, Illinois, of a felony punishable by imprisonment for a term exceeding one year, to wit: Aggravated Robbery.

2. This conviction constitutes a crime of violence pursuant to U.S.S.G. § 2K2.1(a)(3).

3. On or about February 18, 2018, the Defendant did knowingly possess, in or affecting commerce, a firearm to wit: a Norinco, Model SKS rifle (serial number of 1735716) with a thirty-round magazine loaded with nineteen (19) Winchester brand 7.62 x 39 mm, unfired cartridges.

4. This rifle and magazine constitute a semiautomatic firearm that is capable of accepting a large capacity magazine pursuant to U.S.S.G § 2K2.1(a)(3).

5. The Defendant used this rifle and magazine in connection with the commission of another offense, to wit: firing the rifle eleven (11) times into the residence located at 1315 North 50th Street in Washington Park, St. Clair County, Illinois, on February 18, 2018 prior to him being found in possession of such rifle and magazine.

6. All of these events occurred in the Southern District of Illinois.

**SO STIPULATED:**

*[signature]*
ANTOINE DARNELL JOHNSON, JR.
Defendant

*[signature]*
DAVID L. BRENGLE
Attorney for Defendant

Date: 01/10/2019

STEVEN D. WEINHEOFT
United States Attorney

*[signature]*
JAMES G. PIPER, JR
Assistant United States Attorney

Date: 1/10/19

2