IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 18-CR-30032-SMY |
| | ) | |
| ANTOINE DARNELL JOHNSON JR., | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' RESPONSE IN SUPPORT OF DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE UNDER 18 U.S.C. § 3582(c)(2) PURSUANT TO AMENDMENT 821**

The United States of America, by Rachelle Aud Crowe, United States Attorney for the Southern District of Illinois, and Alexandria M. Burns, Assistant United States Attorney for said district, who provides the Court with the Government's response to Defendant's request for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) seeking a reduced sentence based on Part A of Amendment 821 to the Sentencing Guidelines. The government does not oppose this motion, and states in support thereof:

1. The Defendant filed his motion requesting the Court reduce his sentence from 108 to 97 months, effective February 1, 2024.

2. The Defendant is eligible for a reduction in sentence. Defendant's original guideline range was 108 to 120 months based upon a criminal history category of III. Based upon the amended status-points provision, Defendant's new guideline range is 97 to 120 months with a new criminal history category of II. Application of the 3553(a) factors supports a reduction in sentence to the same proportionate point in the amended guideline range as the point originally

selected by the Court when applying the original guideline range, that is, at the low end of the guideline range, which is 97 months.

     Wherefore, for these reasons, the government does not oppose Defendant's motion for a reduction in sentence, and to the reduction of the term of imprisonment from 108 to 97 months, effective February 1, 2024. All other aspects of the original sentence should remain unchanged.

                                                Respectfully submitted,

                                                RACHELLE AUD CROWE
                                                United States Attorney

                                                */s/Alexandria M. Burns*
                                                ALEXANDRIA M. BURNS
                                                Assistant United States Attorney
                                                Nine Executive Drive
                                                Fairview Heights, Illinois 62208
                                                (618) 628-3700 telephone
                                                Email: Alexandria.Burns@usdoj.gov